FILED IN
COURT OF CRIMINAL APPEALS

March 6, 2015

ABEL ACOSTA, CLERK

PD-1596-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/6/2015 10:25:12 AM
Accepted 3/6/2015 10:54:12 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

| | | |
|---|---|---|
| **THE STATE OF TEXAS,** | § | |
| APPELLANT | § | |
| | § | |
| v. | § | **No. PD-1596-14** |
| | § | |
| **AARON LIVERMAN,** | § | |
| APPELLEE | § | |

---

FROM THE SECOND DISTRICT OF TEXAS AT FORT WORTH
IN CAUSE NUMBER 02-13-00177-CR
AND
FROM THE 362ND JUDICIAL DISTRICT COURT
DENTON COUNTY, TEXAS
IN CAUSE NUMBER F-2012-0137-D

---

## STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

The State of Texas, by and through the Denton County Criminal District Attorney, Paul Johnson, and the undersigned counsel, tenders this motion for an extension of time to file the State's brief pursuant to Texas Rules of Appellate Procedure 10.5(b), 38.6(d), and 70.3. In support of this motion, the State submits the following:

### I.

Appellee was convicted of Securing Execution of Document by Deception and sentenced to 2 years, probated for 2 years. Appellee is not presently incarcerated.

**II.**

The State's petition for discretionary review was granted on February 4, 2015. The State's brief on the merits is due on March 6, 2015. The State respectfully requests an extension of time to file the State's brief until March 13, 2015. The case has not yet been set for submission.

**III.**

The State submits that a reasonable explanation exists for the requested extension. The facts on which the State relies to reasonably explain the need for this extension are as follows:

Since the petition was granted in this case, the undersigned was the attorney on a hearing on an application for writ of habeas corpus in *Ex Parte Andre Derosier*, F-2002-0330-E (whc 1), on February 5, 2015; filed a brief in *State v. Welborn*, 02-14-00464-CR; and had oral argument in the Second District Court of Appeals in *O'Bryan v. State*, 02-14-00313-CR on February 17, 2015. The undersigned attended the Actual Innocence CLE in Plano, Texas from February 18-20, 2015. Further, Denton County was closed for inclement weather February 23-24, 2015, after 10:00 a.m. on February 27, 2015, and March 5, 2015.

**WHEREFORE,** premises considered, the State respectfully requests that this Court grant the instant motion and extend the time for filing the State's Brief until March 13, 2015.

Respectfully submitted,

**PAUL JOHNSON**
Criminal District Attorney
Denton County, Texas

**LARA TOMLIN**
Assistant District Attorney
State Bar No. 24075169
1450 East McKinney Street
Denton, Texas 76209
(940) 349-2600

ATTORNEY FOR APPELLEE,
THE STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

I hereby certify that Matthew J. Kita, Attorney for Appellant, does not object to the State's request for an extension.

**LARA TOMLIN**

## CERTIFICATE OF SERVICE

A true copy of the State's Motion for Extension Of Time has been served on Counsel for Appellee, Matthew J. Kita, P.O. Box 5119, Dallas, Texas, 75208, and to Matthew Paul, State Prosecuting Attorney, P.O. Box 12405, Austin, Texas, 78711-2405, on this, the 6th day of March 2015.

**LARA TOMLIN**